CARNIVAL CRUISE LINES,
INC., et al., Plaintiffs,

v.

THE UNITED STATES, Defendant.

SLIP OP. 03–155.
No. 93–10–00691.

United States Court of International
Trade.

Dec. 1, 2003.

### JUDGMENT

MUSGRAVE, Senior Judge.

In its decision dated July 31, 2002, the Court granted-in-part Plaintiffs' motion for partial summary judgment, and granted Defendant's motion for summary judgment as to all remaining matters. *Carnival Cruise Lines, Inc. v. United States*, 246 F.Supp.2d 1296 (2002). The Court further instructed the parties to confer with each other in an effort to reach a stipulation on the amount of a final judgment. The parties have reported to the Court that they have agreed on the terms of a stipulated final judgment, without prejudice to either party's right to appeal.

NOW THEREFORE, in accordance with the Court's July 31, 2002 decision and the parties' stipulation, it is hereby OR-DERED, ADJUDGED AND DECREED as follows:

1. Plaintiffs' motion for partial summary judgment is GRANTED–IN–PART, and Defendant's motion for summary judgment is GRANTED as to all remaining matters;

2. Plaintiffs shall recover from Defendant the amount of $322,311, plus interest pursuant to 28 U.S.C. § 2644 from October 18, 1993 to the date of payment; and

3. This action is hereby *DISMISSED as to all remaining matters.*

SO ORDERED.